

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Overruled by O-6958
in so far as it conflicts

Honorable C. J. Wilde
County Auditor
Nueces County
Corpus Christi, Texas

Dear Sir:

Opinion No. O-3643
Re: Where a deputy court reporter
is appointed by the court un-
der Art. 2323, V.A.C.S., is
it mandatory for the deputy
court reporter to be paid
for the time served, the same
salary on a per diem basis as
that received by the official
court reporter, where the salary
of the official court reporter
is set at $2,700.00 per year for
Nueces County by Art. 2326G, V.
A.C.S.?

Your letter of May 28, 1941, requesting an opinion of
this department upon the above stated question has been received.

Article 2323, Vernon's Annotated Civil Statutes, reads
as follows:

"In case of illness, press of official work,
or unavoidable disability of the official short-
hand reporter to perform his duties in reporting
proceedings in court, the judge of the court may,
in his discretion, authorize a deputy shorthand
reporter to act during the absence of said of-
ficial shorthand reporter, and said deputy short-
hand reporter shall receive, during the time he
acts for said official shorthand reporter, the
same salary and fees as the official shorthand
reporter of said court, to be paid in the manner
provided for the official shorthand reporter;
but the said official shorthand reporter shall

Honorable C. J. Wilde, Page 2

also receive his salary in full during said
temporary disability to act. The necessity
for a deputy official shorthand reporter
shall be left entirely within the discretion
of the judge of the court."

Article 2326c, Vernon's Annotated Civil Statutes,
reads, in part, as follows:

"The official shorthand reporter of each
Judicial District in this State and the official
shorthand reporter of any County Court, either
civil or criminal, in this State, where the com-
pensation of such reporter of such County Court
or Judicial District is not otherwise provided
by special law, shall receive a salary of not
more than Two Thousand Seven Hundred Dollars
($2,700.00) per annum, nor less than Two Thousand
Four Hundred Dollars ($2,400.00) per annum, such
salary to be fixed and determined by the District
or County Judge respectively of the Court wherein
such shorthand reporter is employed, in addition
to the compensation for transcript fees as pro-
vided for by law. Said salary shall be paid month-
ly by the Commissioners Court of the county out of
the General Fund of the county, or in the discre-
tion of the Commissioners Court, out of the jury
fund of said county, upon the certificate of the
Judge of such District or County Court. In dis-
tricts of this State composed of two or more
counties, said salary shall be paid monthly by
the counties of the District in proportion to
the number of weeks provided by law for holding
Court in the respective counties in the District;
provided, that in a District where in any county
the term may continue until the business is dis-
posed of, each county shall pay in proportion to
the time Court is actually held in such county."

By virtue of Article 2323, supra, the necessity for a
deputy official shorthand reporter is left entirely within the
discretion of the judge of the court. When a deputy court re-
porter is appointed by the court, said deputy reporter shall re-
ceive during the time he acts for said official shorthand reporter
the same salary and fee as the official shorthand reporter of the
court to be paid in the manner provided for the official shorthand
reporter. In other words, the deputy official shorthand reporter

Honorable C. J. Wilde, Page 3

shall receive the same pay as the official shorthand reporter for every day that he may be occupied in performing the duties of the official shorthand reporter and the amount of such salary should be ascertained by dividing the salary allowed to the official shorthand reporter by three hundred and sixty-five, and then multiplying the quotient by the number of days actually served by the deputy official shorthand reporter. As stated above, the deputy official shorthand reporter shall receive, during the time he acts for said official shorthand reporter, the same salaries and fees as the official shorthand reporter of said court, to be paid in the manner provided for the official shorthand reporter. Therefore, you are respectfully advised that it is the opinion of this department that the above stated question should be answered in the affirmative and is so answered.

Trusting that the foregoing fully answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED JUN 14, 1941

FIRST ASSISTANT ATTORNEY GENERAL

By _Ardell Williams_

Ardell Williams
Assistant

AW:RS

APPROVED
OPINION COMMITTEE
BY BWB
CHAIRMAN